CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 27 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JOSHUA MITCH JOHNSON, | ) |
| Plaintiff, | ) Case No. 7:09CV00207 |
| v. | ) **FINAL ORDER** |
| GENE JOHNSON, ET AL., | ) By: Glen E. Conrad |
| Defendant. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil action is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1), and stricken from the active docket of the court.

ENTER: This 27th day of July, 2009.

_/s/ Glen E. Conrad_
United States District Judge